IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Action No. 20-cr-00305-DDD**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW**;

2. **KIMBERLEY ANN TEW**; and
a/k/a Kimberley Vertanen

3. **JONATHAN K. YIOULOS**,

    **Defendants.**

---

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE
THE DEADLINE FOR THE PRODUCTION OF DISCOVERY**

---

The United States of America, by Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorneys Hetal J. Doshi and Andrea Surratt, hereby moves this Court to continue the government's deadline for the production of discovery.

1. The government's deadline to produce discovery is March 5, 2021. *See* Dkts. 91, 95, 97 (Discovery Conference Memoranda).

2. On the discovery conference memoranda, the government designated this case as "Document Disclosure Extensive[.]" *See e.g.,* Dkt. 91. The discovery in this case includes financial records and other materials that reveal personal identifying information (PII) for the co-defendants as well as third parties not before the Court. The discovery also includes materials that have been segregated as potentially implicating attorney-client privilege. The government is in the

process of conferring with counsel to seek one global protective order in connection with its production of discovery to all of the co-defendants.

3. Co-defendant Kimberley Ann Tew was provisionally represented by Jamie Hubbard at the initial appearance, arraignment, detention hearing, and discovery conference, but no counsel of record was entered on her behalf until February 25, 2021.

4. On February 25, 2021, Tor Ekeland entered as counsel of record on behalf of co-defendants Michael Aaron Tew and Kimberley Ann Tew. Dkt. 106. On February 28, 2021, the government filed a Motion for Inquiry Regarding Joint Representation Pursuant to Fed. R. Crim. P. 44. Dkt. 108. The Court set a hearing on the government's motion for March 18, 2021. Dkt. 112. Resolution of the government's motion could potentially impact counsel of record going forward.

5. The government has conferred with Mr. Ekeland and counsel for co-defendant Jonathan K. Yioulos. Neither Mr. Ekeland nor counsel for Mr. Yioulos object to the relief sought by this motion.

[continued on next page]

Accordingly, the government respectfully requests that the Court continue the deadline for the government to produce discovery to 14 days after the date on which an order is entered on the government's pending motion concerning joint representation (Dkt. 108).

Dated this 3rd day of March, 2021.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:    s/ *Hetal J. Doshi*
        Hetal J. Doshi
        Andrea Surratt
        Assistant United States Attorneys
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        E-mail: hetal.doshi@usdoj.gov
            Andrea.Surratt@usdoj.gov
        Attorneys for the Government

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in the Court's Practice Standard III(A)(1).

        *s/ Hetal J. Doshi*

Pursuant to the Court's Practice Standard III.C, the government notes that this motion tolls the speedy trial clock. 18 U.S.C. § 3161(h)(1)(D). The speedy trial clock was reset and started running on the indictment on February 11, 2021 as the last defendant appeared on February 10, 2021. *See* 18 U.S.C. § 3161(h)(6); Dkt. 101. The speedy trial clock was then tolled on February 28, 2021, with the filing of the government's motion concerning joint representation. Seventeen days have elapsed on the speedy trial clock thus far, and therefore fifty-three days remain.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                    _s/ Hetal J. Doshi_
                                                    Hetal J. Doshi