IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jonathan K. Yioulos,

Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

Please take notice that I provisionally appeared as attorney of record for Jonathan Yioulos on Tuesday, February 9, 2021 during his arraignment before Magistrate Judge Kristen L. Mix because I needed to make financial arrangements with Mr. Yioulos' family for my full and unconditional representation. This has been accomplished and, accordingly, I now fully and unconditionally represent Mr. Yioulos.

DATED at Denver, Colorado this 23rd day of March 2021.

Michael J. Tallon, Attorney

45 Exchange Blvd. – Suite 500
Office Address

Rochester, NY 14614
City, State, ZIP Code

585-319-4170
Telephone Number

mtallon@tallonlaw.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*Judith G. Deatsch*
Judith G. Deatsch, Legal Assistant to
Attorney Michael J. Tallon