IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Action No. 20-cr-00305-DDD**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW**;

2. **KIMBERLEY ANN TEW**; and
   a/k/a Kimberley Vertanen

3. **JONATHAN K. YIOULOS**,

    **Defendants.**

## MOTION TO RESTRICT

The United States of America, through the undersigned Assistant United States Attorneys, respectfully moves to restrict the brief in support of this motion, Dkt. 120, the document at Dkt. 121 as well as any order revealing the contents of that document for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" Restriction, which would make the brief filed in support of this motion, Dkt. 120, the document at Dkt. 121 as well as any order revealing the contents of that document accessible by the court and all the parties.

[continued on next page]

1

Respectfully submitted this 29th day of March, 2021.

                                    MATTHEW T. KIRSCH
                                    Acting United States Attorney

                                    By: *s/ Hetal J. Doshi*
                                    HETAL J. DOSHI
                                    ANDREA SURRATT
                                    Assistant United States Attorneys
                                    United States Attorney's Office
                                    1801 California Street, Suite 1600
                                    Denver, Colorado 80202
                                    Telephone: (303) 454-0100
                                    Email: Hetal.Doshi@usdoj.gov
                                                    Andrea.Surratt@usdoj.gov

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in the Court's Practice Standard III(A)(1).

                                                       *s/ Hetal J. Doshi*

Pursuant to the Court's Practice Standard III.C, the government notes that this motion tolls the speedy trial clock. 18 U.S.C. § 3161(h)(1)(D). The speedy trial clock was reset and started running on the indictment on February 11, 2021 as the last defendant appeared on February 10, 2021. *See* 18 U.S.C. § 3161(h)(6); Dkt. 101. The speedy trial clock was then tolled on February 28, 2021, with the filing of the government's motion concerning joint representation, but then started to run again on March 19, 2021. The Court has also, pursuant to a motion for an ends of justice continuance, ordered the exclusion of an additional 180 days. Dkt. 116. Twenty-seven days have elapsed on the speedy trial clock thus far.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2021, I electronically filed the foregoing **MOTION TO RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Hetal J. Doshi*
Hetal J. Doshi
U.S. Attorney's Office