**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL AARON TEW,**<br>**KIMBERLEY ANN TEW, and**<br>**JONATHAN K. YIOULOS**<br>Defendants. | **20-CR-00305-DDD**<br><br>**NOTICE OF DEFENDANT KIMBERLEY TEW'S MEMORANDUM IN SUPPORT TO MODIFY THE CONDITIONS OF HER RELEASE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Kimberley Tew, by and through undersigned counsel, shall move before the Honorable Judge Daniel D. Domenico of the United States District Court for the District of Colorado, Courtroom 702, Alfred A. Arraj Courthouse, Chambers A738, Seventh Floor, 901 19th St. Denver, CO 80294 on Monday August 2, 2021, or as soon thereafter as counsel can be heard, for an Order granting the Defendant's Motion to Modify Her Conditions of Pretrial Release and release her on personal recognizance because her current arbitrary and punitive release conditions violate the Bail Reform Act, as codified at 18 U.S.C. §§ 3142-50, and the Fifth Amendment to the United States Constitutions Due Process clause.

1

| | |
|---|---|
| Dated: June 18, 2021<br><br>Brooklyn, New York | Respectfully submitted,<br><br>/s/ Tor Ekeland<br><br>Tor Ekeland (NYS Bar No. 4493631)<br>Tor Ekeland Law, PLLC<br><br>30 Wall Street<br>8th Floor<br>New York, NY<br>10005<br><br>(718) 737 - 7264<br>tor@torekeland.com<br><br>*Attorney for Defendants Michael Tew and Kimberley Tew* |