UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 20-CR-00305-DDD |
| Plaintiff, | : | |
| v. | : | UNOPPOSED MOTION UPON ATTORNEY DECLARATION SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 7(f) |
| MICHAEL AARON TEW, KIMBERLEY ANN TEW, and JONATHAN K. YIOULOS | : | |
| Defendants. | : | |

**PLEASE TAKE NOTICE,** that upon the Declaration of Tor B. Ekeland, Attorney for the Defendants, Michael Tew and Kimberley Tew, attached hereto and all papers and proceedings had herein, Mr. and Mrs. Tew move this Court for the following unopposed relief:

An order permitting the Defendants Michael Tew and Kimberley Tew to travel with their two young daughters to Los Angeles, California on September 23rd, 2021, and returning to the State of Colorado on September 27th, 2021, for a family vacation. This application and the details of the proposed travel have been provided, reviewed, and approved by both the Office of the United States Attorney for the State of Colorado, by and through Assistant United States Attorneys Doshi and Surrat, and by the United States Probation and Pretrial Services Office, by and through Probation Officer Carlos Morales. Mr. Tew and Mrs. Tew shall promptly provide USPO Carlos Morales of the United States Pretrial and Probation Services

with the District of Colorado any changes to their travel plans, and shall contact USPO Carlos Morales during the time of approved travel.

DATED: September 17th, 2021
AT: New York, NY

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
(NYS Bar No. 4493631)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
tor@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AARON TEW,<br>KIMBERLEY ANN TEW, and<br>JONATHAN K. YIOULOS<br>Defendants. | 20-CR-00305-DDD<br><br>UNOPPOSED MOTION UPON ATTORNEY DECLARATION SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 7(f) |

**Tor B. Ekeland,** being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

1. I am an attorney duly licensed in the State of New York since 2007 and have been admitted to practice before the United States District Court for the State of Colorado.

2. I represent Michael Tew and Kimberley Tew in this matter. Their original arraignments occurred on July 9th, 2020 and February 10th, 2021, respectively The parties agreed on the terms and conditions of release and in each case a pretrial release order was signed which included travel restrictions at paragraph 7(f) limiting Mr. and Mrs. Tew's travel to the State of Colorado unless prior permission is granted by the court.

3. Mr. and Mrs. Tew propose travel with their family, that is their two minor daughters, for a family vacation to Los Angeles, California. The details about the flight arrangements and

lodging in Los Angeles have been provided to the Office of the United States Attorney and the United States Pretrial and Probation Services. Both offices consent to the proposed travel requested in this motion.

4. Mr. and Mrs. Tew shall promptly provide to USPO Morales of the United States Pretrial and Probation Services with the District of Colorado any changes to their travel plans and shall contact USPO Morales during the time of approved travel.

5. Accordingly, unless the Court requests further information, or any clarification, Mr. Tew and Mrs. Tew request that the Court issue an order permitting this travel. Upon Mr. and Mrs. Tew's return, if it is the practice of this Court, both will advise United States Probation Officer Morales in writing that they have returned to the State of Colorado.

6. Sworn to under penalty of perjury pursuant to 28 U.S.C. §1746(2).

DATED: September 17th, 2021

AT: New York, NY

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
(NYS Bar No. 4493631)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
tor@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*

TO: Hetal Doshi, Assistant United States Attorney
Carlos Morales, United States Probation Officer (Colorado)

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AARON TEW,<br>KIMBERLEY ANN TEW, and<br>JONATHAN K. YIOULOS<br>Defendants | 20-CR-00305-DDD<br><br>UNOPPOSED MOTION UPON ATTORNEY DECLARATION SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 7(f) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
(NYS Bar No. 4493631)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
tor@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*