IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MICHAEL AARON TEW,
2.   KIMBERLEY ANN TEW,
3.   JONATHAN K. YIOULOS,

    Defendants.

---

**MOTION TO WITHDRAW ACTING U.S. ATTORNEY AS COUNSEL OF RECORD**

---

Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, hereby moves to withdraw as counsel of record in the above-captioned case. The undersigned has multiple other responsibilities that currently require his attention. Both Assistant U.S. Attorneys Hetal Doshi and Andrea Surratt will remain counsel of record in this case.

Dated this 17th day of September, 2021.

                                      Respectfully submitted,

                                      MATTHEW T. KIRSCH
                                      Acting United States Attorney

By:   By: *s/ Matthew T. Kirsch*
       MATTHEW T. KIRSCH
       Acting United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: matthew.kirsch@usdoj.gov
       Attorney for the United States

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2021, I electronically filed the foregoing **MOTION TO WITHDRAW ACTING U.S. ATTORNEY** using the CM/ECF system which will send notification of such filing to counsel on record.

*s/ Mariah Hill*
MARIAH HILL
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202