# UNITED STATES DISTRICT COURT
# THE DISTRICT OF COLORADO

X                                        X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-CR-00305-DDD |
| Plaintiff, | UNOPPOSED MOTION UPON |
| v. | ATTORNEY DECLARATION SEEKING |
| | ORDER ADJURNING SENTENCING OF |
| JONATHAN K. YIOULOS, | DEFENDANT YIOULOS |
| Defendant. | |

X                                        X

PLEASE TAKE NOTCIE that upon the Declaration of Michael J. Tallon, Attorney for Defendant Jonathan K. Yioulos, attached hereto and all papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

An Order adjourning his sentencing currently scheduled for February 10, 2022 at 1:30 p.m. to a date and time on or after mid-July 2022.

| | | |
|---|---|---|
| Dated: | December 9, 2021 | Respectfully submitted, |
| At: | Rochester, NY | |

/s/ Michael J. Tallon
MICHAEL J. TALLON
New York Bar No. 1752781
Email: mtallon@tallonlaw.com
45 Exchange Boulevard, Suite 500
Rochester, New York 14614
Phone:      (585) 319-4170

**ATTORNEY FOR DEFENDANT
JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD    Page **1** of **4**

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLORADO

X_____X
:
:
UNITED STATES OF AMERICA,          :     20-CR-00305-DDD
:
      Plaintiff,     :     UNOPPOSED MOTION UPON
 v.                           :     ATTORNEY DECLARATION SEEKING
:     ORDER ADJURNING SENTENCING OF
JONATHAN K. YIOULOS,               :     DEFENDANT YIOULOS
:
      Defendant.     :

X_____X

  **Michael J. Tallon,** being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

  1. I am an attorney licensed in the State of New York since 1978 and I am admitted to practice before the United States District Court for the State of Colorado.

  2. I represent Jonathan K. Yioulos.

  3. Mr. Yioulos respectfully requests that his sentencing presently scheduled for February 10, 2022 at 1:30 p.m. be adjourned for six months until sometime during mid-July 2022 at the Court's convenience. This adjournment will facilitate Mr. Yioulos' continued cooperation with the government which he agreed to provide as part of his agreement with the government.

  4. Unless the Court requests further information, counsel seeks an Order as soon as possible so the Probation Office may plan accordingly.

  Sworn to under penalty of perjury pursuant to 28 U.S.C §1746(2).

| | | |
|---|---|---|
| Dated: | December 9, 2021 | Respectfully submitted, |
| At: | Rochester, NY | |
| | | /s/ Michael J. Tallon_____ |
| | | MICHAEL J. TALLON |

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD Page **2** of **4**

        New York Bar No. 1752781
        Email: mtallon@tallonlaw.com
        45 Exchange Boulevard, Suite 500
        Rochester, New York 14614
        Phone:      (585) 319-4170

**ATTORNEY FOR DEFENDANT**
**JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD　　　　　　　　　　　　　　　　　　　　　　　　　Page **3** of **4**

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| X_____X | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | 20-CR-00305-DDD |
| | : | |
| Plaintiff, | : | UNOPPOSED MOTION UPON |
| v. | : | ATTORNEY DECLARATION SEEKING |
| | : | ORDER ADJURNING SENTENCING OF |
| JONATHAN K. YIOULOS, | : | DEFENDANT YIOULOS |
| | : | |
| Defendant. | : | |
| X_____X | | |

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/Judith G. Deatsch
JUDITH G. DEATSCH
Legal Assistant to
MICHAEL J. TALLON
New York Bar No. 1752781
Email: mtallon@tallonlaw.com
45 Exchange Boulevard, Suite 500
Rochester, New York 14614
Phone:       (585) 319-4170

**ATTORNEY FOR DEFENDANT**
**JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                                             Page **4** of **4**