**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CRIMINAL ACTION NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

      Defendant.

**UNOPPOSED MOTION SEEKING AN ORDER PERMITTING
TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 9**

**PLEASE TAKE NOTICE,** that upon the Declaration of Michael J. Tallon, Attorney for the Defendant, Jonathan K. Yioulos, attached hereto and all prior papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

    1.    An order permitting Defendant Yioulos to travel with Kristina Lighten, and their two children to Tampa, Florida on Friday, April 8, 2022 and returning to Buffalo, New York on Thursday, April 14, 2022 for a family vacation during the school break.

    2.    A second trip, on Saturday, April 30, 2022 and returning on Sunday, May 1, 2022 for Jonathan K. Yioulos and Kristina Lighten to travel to Sturbridge, Massachusetts for the wedding of a college friend.  Transportation will be via car.

    2.    This application and the details of the proposed travel have been provided, reviewed and approved by both the Office of the United States Attorney for the State of Colorado, by and through Assistant United States Attorneys Fields and Surratt, and by the United States Probation

USA v Yioulos Filing of Unopposed Motion
To Travel to Tampa, Florida April 8, 2022 through
April 14, 2022 and April 30, 2022 through May 1, 2022    Page **1** of **5**

and Pretrial Services Office, by and through Probation Officers Dibsie and Smith.  Mr. Yioulos shall promptly provide to USPO Dibsie and USPO Rachel Smith of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans, shall contact USPO Dibsie and USPO Smith as directed by USPO Dibsie and USPO Smith during the time of approved travel.

DATED: March 21, 2022  Respectfully submitted,
AT: Rochester, New York

/s/
Michael J. Tallon, Attorney
45 Exchange Blvd. – Suite 500
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO: Bryan D. Fields, Assistant United States Attorney
Andrea Lee Surratt, Assistant United States Attorney
Megan Dibsie, United States Probation Officer (Colorado)
Rachel Smith, United States Probation Officer (New York)

USA v Yioulos Filing of Unopposed Motion
To Travel to Tampa, Florida April 8, 2022 through
April 14, 2022 and April 30, 2022 through May 1, 2022                                             Page **2** of **5**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION |
| JONATHAN K. YIOULOS, | SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL |
| Defendant. | RELEASE ORDER AT PARAGRAPH 9 |

**Michael J. Tallon**, being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

1. I am an attorney duly licensed in the State of New York since 1979 and have been recently admitted to practice before the United States District Court for the State of Colorado.

## INTRODUCTION

2. I represent Jonathan K. Yioulos in this matter. His arraignment occurred on Tuesday afternoon, February 9, 2021, before this Court. The parties agreed on the terms and conditions of release and a pretrial release order was signed which included a travel restriction at Paragraph 9 limiting Mr. Yioulos' travel to the State of New York and to and from Colorado solely for court purposes unless prior permission is granted by the Court.

3. Mr. Yioulos proposes travel with his family, that is, Kristina Lighten and their two young daughters for a family vacation to Tampa, Florida. The details about flight arrangements and lodging in Tampa have been provided to the Office of the United States Attorney and the United States Pretrial and Probation Services. Both offices consent to the proposed travel requested in this motion. Details of the second trip, that is, to Sturbridge, Massachusetts, has also

USA v Yioulos Filing of Unopposed Motion
To Travel to Tampa, Florida April 8, 2022 through
April 14, 2022 and April 30, 2022 through May 1, 2022                                    Page **3** of **5**

been provided to the Office of the United States Attorney and the United States Pretrial and Probation Services and there is no objection to this travel as well.

4. Mr. Yioulos shall promptly provide to USPO Megan Dibsie and USPO Rachel Smith of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans and shall contact USPO Dibsie and USPO Smith as directed by USPO Dibsie and USPO Smith during the time of approved travel.

5. Accordingly, unless the Court requests further information, or any clarification, Mr. Yioulos requests that the Court issue an order permitting this travel. Upon Mr. Yioulos' return, if it is the practice of this Court, Mr. Yioulos will advise United States Probation Officers Dibsie and Smith in writing that Mr. Yioulos has returned to the State of New York.

**Sworn to under penalties of perjury pursuant to 28 U.S.C. §1746(2).**

Dated: March 21, 2022
At: Rochester, New York

/s/
Michael J. Tallon
Attorney for Jonathan K. Yioulos
500 Times Square Bldg.
45 Exchange Blvd.
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO: Bryan D. Fields, Assistant United States Attorney
Andrea Lee Surratt, Assistant United States Attorney
Megan Dibsie, United States Probation Officer (Colorado)
Rachel Smith, United States Probation Officer (New York)

USA v Yioulos Filing of Unopposed Motion
To Travel to Tampa, Florida April 8, 2022 through
April 14, 2022 and April 30, 2022 through May 1, 2022                                        Page **4** of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION |
| JONATHAN K. YIOULOS, | SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL |
| Defendant. | RELEASE ORDER AT PARAGRAPH 9 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/
Judith G. Deatsch, Legal Assistant to
Michael J. Tallon, Attorney
for Defendant Jonathan K. Yioulos

USA v Yioulos Filing of Unopposed Motion
To Travel to Tampa, Florida April 8, 2022 through
April 14, 2022 and April 30, 2022 through May 1, 2022   Page **5** of **5**