## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3. JONATHAN K. YIOULOS,

        Defendant.

---

## UNOPPOSED MOTION SEEKING AN ORDER PERMITTING
## TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 9

---

**PLEASE TAKE NOTICE,** that upon the Declaration of Michael J. Tallon, Attorney for the Defendant, Jonathan K. Yioulos, attached hereto and all prior papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

1.    An order permitting Defendant Yioulos to travel with Kristina Lighten, children and one grandparent, to Sarasota, Florida on Thursday, February 16 to lodge with a relative in Sarasota and return on Friday, February 24th to Buffalo, New York.

2.    This application and the details of the proposed travel have been provided in my letter dated January 20, 2023, reviewed, and approved by both the Office of the United States Attorney for the State of Colorado, by and through Assistant United States Attorneys Fields and by the United States Probation and Pretrial Services Office, by and through Probation Officer Mamizuka. Mr. Yioulos shall promptly provide to USPO Mamizuka of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans, shall contact USPO Smith as directed by USPO Smith during the time of approved travel.

DATED:    January 29, 2023

AT:        Rochester, New York

Respectfully submitted,

Michael J. Tallon, Attorney
45 Exchange Blvd. – Suite 500
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO:    Bryan D. Fields, Assistant United States Attorney
       Albert C. Buchman, Assistant United States Attorney
       Brian Mamizuka, United States Probation Officer (New York)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION |
| JONATHAN K. YIOULOS, | SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL |
| Defendant. | RELEASE ORDER AT PARAGRAPH 9 |

**Michael J. Tallon**, being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

**1.** I am an attorney duly licensed in the State of New York since 1979 and have been recently admitted to practice before the United States District Court for the State of Colorado.

## **INTRODUCTION**

2. I represent Jonathan K. Yioulos in this matter. His arraignment occurred on Tuesday afternoon, February 9, 2021, before this Court. The parties agreed on the terms and conditions of release and a pretrial release order was signed which included a travel restriction at Paragraph 9 limiting Mr. Yioulos' travel to the State of New York and to and from Colorado solely for court purposes unless prior permission is granted by the Court.

3. Mr. Yioulos proposes travel with Kristina Lighten, children and a grandparent. The details about flight arrangements and lodging in Sarasota, Florida have been provided in my letter dated January 20, 2023 to the Office of the United States Attorney and the United States Pretrial and Probation Services. Both offices consent to the proposed travel requested in this motion.

4. Mr. Yioulos shall promptly provide to USPO Mamizuka of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel

plans and shall contact USPO Mamizuka as directed by USPO Mamizuka during the time of approved travel.

5.      Accordingly, unless the Court requests further information, or any clarification, Mr. Yioulos requests that the Court issue an order permitting this travel.  Upon Mr. Yioulos' return, if it is the practice of this Court, Mr. Yioulos will advise United States Probation Officer Smith in writing that Mr. Yioulos has returned to the State of New York.

**Sworn to under penalties of perjury pursuant to 28 U.S.C. §1746(2).**

Dated: January 29, 2023
At:      Rush, New York

_____
Michael J. Tallon
Attorney for Jonathan K. Yioulos
401 Stony Brook Road,
Rush, New York 14543
[585] 329-8139
mtallon@tallonlaw.com


TO:      Bryan D. Fields, Assistant United States Attorney
Albert C. Buchman, Assistant United States Attorney
Brian Mamizuka, United States Probation Officer (New York)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

JONATHAN K. YIOULOS,

                Defendant.

Case No. 20-cr-00305-DDD-3

UNOPPOSED MOTION UPON
ATTORNEY DECLARATION
SEEKING ORDER PERMITTING
TRAVEL BEYOND PRE-TRIAL
RELEASE ORDER AT PARAGRAPH 9

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Michael J. Tallon, Attorney
for Defendant Jonathan K. Yioulos