# EXHIBIT 1

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1. Michael Tew | ) | Case No. 20-cr-00305-DDD |
| 2. Kimberley Ann Tew | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Atlantic Union Bank
Custodian of Records – Access Bank
4300 Cox Road
Glen Allen, VA 23060

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: A-1002 |
|---|---|---|
| | | Date and Time: 02/05/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 12/15/2023

CLERK OF COURT, Jeffrey P. Colwell

s/Nicholas Richards
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America, who requests this subpoena, are:

Bryan Fields
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: Bryan.Fields3@usdoj.gov

Upon receipt of this Subpoena, please contact Witness Coordinator, Sherri Reid, at (303) 454-0281 or e-mail her with contact Information at mail to: sherri.reid@usdoj.gov



**U.S. DEPARTMENT OF JUSTICE**
**INSTRUCTIONS FOR FACT WITNESSES APPEARING ON**
**BEHALF OF THE UNITED STATES GOVERNMENT**
**(Not Applicable to Federal Employees)**

<u>READ</u> THE INFORMATION CONTAINED ON THIS FORM BEFORE YOUR COURT APPEARANCE. PLEASE CALL THE INDIVIDUAL(S) LISTED BELOW FOR INFORMATION REGARDING TRAVEL ARRANGEMENTS AND SPECIFIC ENTITLEMENTS. IF YOU HAVE A MEDICAL CONDITION OR FAMILY SITUATION THAT REQUIRES SPECIAL CONSIDERATION, PLEASE ADVISE THE INDIVIDUAL LISTED BELOW <u>AS SOON AS POSSIBLE</u>.

**CONTACT:** Sherri Reid, Fact Witness Coordinator (888) 751-4450 or (303) 454-0281, Sherri.Reid@usdoj.gov

≈ *VERIFY YOUR ATTENDANCE* ≈

On the last business day <u>BEFORE</u> you travel to court, call the above number to verify that your attendance is required. This may prevent a wasted trip in the event the trial date is changed.

≈ *APPEARANCE IN ANOTHER CITY* ≈

If you are required to travel to another city to appear in court, immediately contact the individual listed above and request instructions. Any amount advanced to you will be deducted from your fees and allowances.

≈ *REIMBURSEMENT OF EXPENSES AND ATTENDANCE FEES* ≈

**A.** **ATTENDANCE FEE:** You will be paid a fee of $40 per day, including travel days.

**B.** **TRANSPORTATION:** Call the individual listed above to obtain information on transportation. Reimbursement will be made for travel by the least expensive method reasonably available to you. The following rules apply to transportation expenses:

    **1.** **Local Travel:** The recommended method of travel in the local area of court is transit bus/subway;

    **2.** **Privately Owned Vehicles (POV):** You will be reimbursed the following amounts:

        Motorcycle $0.635  per mile    Automobile $0.655  per mile    Airplane $1.74  per mile

In addition to the above mileage allowance, necessary tolls, parking and other fees may be reimbursed. You must keep a record of your odometer readings if you travel by motorcycle or automobile. If two or more witnesses travel in the same vehicle, only one reimbursement for mileage can be made. **IF POV EXPENSES, INCLUDING MILEAGE, TOLLS, PARKING AND OTHER ASSOCIATED COSTS, ARE GREATER THAN COACH CLASS AIRFARE, YOU WILL BE RESPONSIBLE FOR THE DIFFERENCE.**

    **3.** **Common Carrier:** If you are located outside the local court area, **CALL THE INDIVIDUAL LISTED ABOVE FOR INSTRUCTIONS.** Train, bus or airfare will be reimbursed at COACH; or other, Non-PREMIUM rate. Reimbursement **WILL NOT** be made for First Class accommodations, "Frequent Flyer" tickets, or charter service. **DO NOT** purchase non-refundable tickets. If your appearance date changes or is cancelled, you **WILL NOT** be reimbursed for non-refundable tickets. If you have any questions concerning transportation arrangements, please contact the individual(s) listed above.

**C.** **MEALS:** If it is necessary for you to remain away from home **overnight**, you will receive the following daily meal allowances:

        $39.50 for each travel day    PLUS    $79.00 for each full day at court

**D.** **LODGING:** If it is necessary for you to remain away from home **overnight**, you will be reimbursed for the **ACTUAL COST** of your hotel/motel room, which may not exceed $201.00 October 2023, $153.00 November 2023 through December 2023, $169.00 January 2024 through March 2024, $201.00 April 2024 through September 2024, per night, including tax.

≈ *YOU MUST RETAIN RECEIPTS* ≈

**ALL CLAIMS FOR PARKING MUST BE SUPPORTED BY A RECEIPT. OTHER EXPENSES EQUAL TO $25 OR MORE MUST BE SUPPORTED BY A RECEIPT, WITH THE EXCEPTION OF MEALS AND MILEAGE.**

≈ *DISMISSAL* ≈

When you are advised that your attendance is no longer required, you should request information regarding the payment of the fees and allowances outlined above. The Fact Witness Coordinator will meet with you to complete the Fact Witness Voucher. Please have expense receipts with you to be submitted with the Fact Witness Voucher. The Voucher will be submitted to the U.S. Marshals Service for payment. The U.S. Marshals Service will process the Voucher and **MAIL** the payment to you. If you require funds to return home, you must bring this fact to the attention of the Fact Witness Coordinator before you testify, who will notify the U.S. Marshals Service.

Form OBD-2 (DEN-Revised 10-2023)