Lisa & John Fulmer
3108 Clover Street
Pittsford, NY 14534

October 2024

Honorable Judge Daniel D. Domenico
Alfred A. Arraj United States Courthouse
A1038/Courtroom A1002

Regarding: Jonathan K. Yioulos

Dear Honorable Judge Domenico,

We are writing this letter on behalf of our son Jonathan Yioulos. Jonathan made us aware of his significant legal issues in July 2020 and he eventually plead guilty to one count of conspiracy in 2021. For the past four plus years, Jonathan and we have lived a nightmare replete with shame, loss, isolation and fear.

Jonathan's shame has prevented him from attending most family gatherings, events, celebrations and holidays. He stays in Buffalo, NY almost exclusively and very rarely ventures to the Rochester, NY area where we reside and where he was raised. His lack of familial connections have negatively impacted his relationships with us, his grandparents, aunts, uncles and with his many cousins.

Not only has his familial relationships been affected, but his long time friendships as well. Due to lack of connection, most of his friendships have inevitably dissolved and newer friends, upon finding out about his legal issues, distance themselves from him.

When we do have contact with Jonathan, he appears distant, anxious, irritable and sad. He states that the enormity of his legal issues and financial situation are overwhelming and disorienting. We, his parents, feel this as well. His situation is life altering, sickening and gut-wrenching.

His losses are many. Jobs, friendships, family interaction, self-esteem, self-confidence, pride, status, dignity and most importantly, his loss of joy. He is terrified of the possibility of prison, as are we.



Exhibit B

Through all this, Jonathan has also persevered. He and his partner, Kristina have successfully remained together in spite of his legal and financial turmoil. He is actively supporting her goal of becoming a dentist by caring for her and her two daughters, ages 7 & 12yrs. The four of them reside in a home that Kristina owns. His presence and support is critical to Kristina being able to attend full-time dental medicine school, to maintaining the home and to the ever important role of providing stable and consistent childcare. Kristina does not have extended familial support and the woman who raised her, her grandmother, passed away in April 2024.

Although his earning potential has been dramatically impacted and reduced due to the felony conviction, Jonathan continues to financially contribute to his family, by working low paying jobs. He is thankful for employment and we're grateful to these employers.

He volunteers at the girls' parochial school for lunches, special events and activities. Jonathan also coaches both of the girls in soccer, flag football and basketball. He tutors the children academically and assists Kristina in her academic pursuits as well.

Jonathan also attempts to focus on his physical health, physically working out, whenever possible, and plays on an adult flag football league.

Most notably, Jonathan recently supported and helped Kristina's grandmother and uncle in their end of life journeys. He took them to doctor appointments, specialists in NYC, stayed with them when they were alone and he was with both of them when they passed away.

The years of waiting to testify (finally in February 2024) has been grueling. Jonathan and everyone who remains in his life, have all been emotionally incarcerated. Living with years of uncertainty takes a great toll on ones' ability to find joy and peace. We know and believe that he has accepted responsibility for his actions and that the consequences of his felony conviction will forever be felt. His life is forever altered. As are the lives of those who love and care for him.

We are respectfully pleading with you for sentencing leniency. We ask this so that he and his family, our family, can begin to heal from this nightmare that began many years ago. We are hopeful that if he does not serve prison time, he can begin to build a life that is meaningful, purposeful and a life that he can be proud of.

Sincerely,

*Lisa Fulmer*
Lisa Fulmer

*John Fulmer*
John Fulmer