Hon. Judge Daniel D. Domenico  11/1/2024
Alfred A. Arraj United States Courthouse
Denver, CO. 80294

Your Honor,

It is with a heavy heart that I write this letter in support of my son Jonathan Yioulos. Graduating with honor in both High School and College (including grad school) while also volunteering in numerous non-profit events, Jon was a well-mannered young man, positioned for success entering the next chapter in his life

After working several years as an accountant across multiple disciplines at a large reputable accounting firm in Buffalo, NY, Jon's long workdays and dedication to quality garnered notoriety amongst his peers and praise from the leadership team.

Leaving the accounting firm for a Director of Finance position with National Air Cargo (NAC) seemed like a natural progression given his skill set. In a very short time, Jon's work ethic and talent was quickly recognized where NAC entrusted him with the responsibility of negotiating large transactions with Asian clients on the purchase of commercial plane parts. His Mom and I could not have been prouder of him.

Then, with no forewarning, we received a call from Jon with information that was beyond comprehension. With absolutely no history of committing anything remotely close to an unlawful act, Jon was arrested. He and we were devastated.

Since pleading guilty and getting convicted of felony charges 4.5 years ago, Jon has fully co-operated with Federal Investigators. During that period, Jon experienced first-hand, life as a convicted felon. Living in solitude with limited funds, no social life & rejection at every turn having interviewed for countless jobs before ultimately being turned down when divulging his legal status. It has not been an easy road and will likely be a challenge for him in years to come given the waiting period for sealing of a felony case. In speaking with Jon during this nightmare, he expresses remorse for his actions and will forever regret what he did.

Sir, I tell you all this in hopes that it provides some context and visibility as to Jon's character prior to the arrest and what's transpired in his life since. I respectfully ask for leniency when rendering your decision as you take Jonathan's life as a whole into consideration as well as the mental pain and suffering he's experienced the past 4+ years.

Regards,

*Ernest Yioulos*

Ernest Yioulos

**Exhibit C**