IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  3. **Jonathan Yioulos**

    Defendant.

---

### THE UNITED STATES OF AMERICA'S MOTION TO DISMISS COUNTS

---

The United States of America moves to dismiss counts 2 - 38 and 40 of the Indictment against defendant Jonathan Yioulos immediately following the imposition of sentence and the entry of judgment against him, as contemplated by the parties' plea agreement. ECF No. 155.

Dated this 22nd day of November, 2024.

                MATTHEW T. KIRSCH
                Acting United States Attorney

                By:   */s/ Bryan Fields*
                Bryan Fields
                Assistant United States Attorney
                U.S. Attorney's Office
                1801 California St. Suite 1600
                Denver, CO 80202
                (303) 454-0100
                Bryan.Fields3@usdoj.gov
                Attorney for the Government

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

<u>/s Bryan Fields</u>
Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because the defendant has already pleaded guilty.

2

## CERTIFICATE OF SERVICE

    I certify that on this 22nd day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

                                                s/ *Bryan Fields*
                                                Bryan Fields
                                                Assistant United States Attorney
                                                1801 California Street, Suite 1600
                                                Denver, CO 80202
                                                Telephone 303-454-0100
                                                Facsimile 303-454-0402
                                                Bryan.Fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

                By: *s/Bryan Fields*
                     Assistant U.S. Attorney