IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. **Jonathan Yioulos**

    Defendant.

---

### GOVERNENT'S MOTION PURSUASNT TO U.S.S.G. 3E1.1(b)

---

The United States of America moves the court to depart downward one level in the Sentencing Guidelines because the defendant assisted authorities in the investigation of his own misconduct by timely notifying the authorities of his intention to enter a guilty plea, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently. U.S.S.G. § 3E1.1(b).

Dated this 22nd day of November, 2024.

                                          MATTHEW T. KIRSCH
                                          Acting United States Attorney

                                          By:   */s/ Bryan Fields*
                                          Bryan Fields
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          1801 California St. Suite 1600

Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s Bryan Fields*
Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because the defendant has already pleaded guilty.

2

## CERTIFICATE OF SERVICE

    I certify that on this 22nd day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

                                                                      s/ *Bryan Fields*
                                                                      Bryan Fields
                                                                      Assistant United States Attorney
                                                                      1801 California Street, Suite 1600
                                                                      Denver, CO 80202
                                                                      Telephone 303-454-0100
                                                                      Facsimile 303-454-0402
                                                                      Bryan.Fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

                By: *s/Bryan Fields*
                      Assistant U.S. Attorney

Case No. 1:20-cr-00305-DDD   Document 596   filed 11/22/24   USDC Colorado   pg 4 of 4