# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 1:20-cr-00305-DDD-03 | Date: November 19, 2024 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Kevin Carlin |
| Probation Officer: Mallory Coleman | Interpreter: N/A |

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                Bryan D. Fields
                                                           Sarah H. Weiss
    Plaintiff,

v.

JONATHAN K. YIOULOS,                        Richard K. Kornfeld

    Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**

**10:34 a.m.**   **Court in session**. Defendant present, on bond.

> **Change of Plea hearing held November 18, 2022.**
> **Defendant entered pleas of guilty to Counts One and Thirty-Nine of the Indictment.**

Appearances of counsel.

Parties received and reviewed the presentence report and all addenda.

Statements made by counsel for Government, counsel for Defendant, and Defendant on his own behalf.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.

**ORDERED:**   [596] Government's Motion Pursuant to U.S.S.G. 3E1.1(b) is **GRANTED.**

**ORDERED:**  [580] Government's Motion for a Downward Departure Pursuant to United States Sentencing Guidelines Section 5K1.1 is **GRANTED.**

**ORDERED:**  [595] United States of America's Motion to Dismiss Counts is **GRANTED.**

**ORDERED:**  [578] Defendant's Motion for Variant (Non-Guideline) Sentence is **GRANTED IN PART.**

**ORDERED:**  Defendant is sentenced to a term of imprisonment of **2 months**, on each of counts One and Thirty-Nine, to run concurrently. Upon release from imprisonment, Defendant shall be placed on supervised release for a period of **3 years**, on each of counts One and Thirty-Nine, to run concurrently. $200.00 special assessment to be paid immediately and restitution in the amount indicated in the Presentence Investigation Report.

Conditions and special conditions as set forth on the record.

Defendant advised of right to appeal.

Court **RECOMMENDS** the Bureau of Prisons place the Defendant at an appropriate facility in close proximity to Buffalo, NY on or after January 2, 2025.

**ORDERED:**  Bond is **CONTINUED.**

**11:12 a.m.**   **Court in recess.  Hearing concluded. Total time:   :38**